**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YAJAIRIS VARGAS,**

     **Plaintiff,**

**v.**     **Case No.: 8:16-cv-02807-VMC-AEP**

**BLUESTEM BRANDS, INC.,**

     **Defendant.**
_____/

## NOTICE OF CANCELLATION OF MEDIATION

PLEASE TAKE NOTICE that the mediation previously scheduled for February 27, 2017 at 9:30 a.m. at the office of Peter J. Grilli, P.A., 3001 West Azeele Street, Tampa, Florida 33609 has been canceled per notice from Defendant's counsel's office that the case has settled.

Respectfully submitted on February 27, 2017.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002  Fax: 813.874.1131
email: peter@grillimediation.com

I HEREBY CERTIFY that February 27, 2017 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.